# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE** |
| **THERESE M. HART** | Case Number: CR-02-00061 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time** |
| Before: **HONORABLE CONSUELO B. MARSHALL** | Thursday, August 4, 2005 at 10:00 a.m. |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3148**

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

**FILED** (STAMPED IN ERROR)
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| MARILYN B. ALCON, Deputy Clerk | *Marilyn B. Alcon* |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **August 3, 2005** | |
| Date | |

ORIGINAL

# RETURN OF SERVICE

Date 8/3/05

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

Home

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/4/05
Date

J. Salas (Acting)
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.