DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-02-00061     DATE: 08/04/2005

HON. CONSUELO B. MARSHALL, Designated Judge, Presiding       Law Clerk: NONE PRESENT
Court Recorder: Jamie Phelps                                 Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded - RUN TIME: 10:52:42- 11:19:36       CSO: F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: **THERESE M. HART**                          ATTY: **GRAHAM BOTHA**
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.      (X) PRESENT  (X) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                         AGENT: TAI LEE, INTERNAL REVENUE SERVICE

U.S. PROBATION: CARMEN O'MALLAN & MARIA CRUZ       U.S. MARSHAL: S. LUJAN

PROCEEDINGS:   -INITIAL APPEARANCE / ORDER TO SHOW CAUSE WHY PRETRIAL
               RELEASE CONDITIONS SHOULD NOT BE REVOKED
               - SENTENCING

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___GOVERNMENT ___ DEFENSE ___ GRANTED
    COURT DEPARTS TO A LEVEL __8__ FROM A LEVEL __17__

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:   14        Total offense level:   17       Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

(X) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court to consider a sentence of probation and stated his reasons for the request.

(X) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

(X) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
The Government recommended a sentence of probation.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defendant was arraigned and admitted to the alleged violations. The Court advised Defendant of her rights. Probation recommended that no action be taken on the violations.

Defendant waived formal arraignment for sentence. The Court adopted the presentence investigation report and GRANTED the Government's 5K1.1 motion. Probation Officer, Maria Cruz reported that on June 23, 2005 the U.S. Marshal Service remitted a check in the amount of $10,616.78, the proceeds from the sale of Defendant's vehicle, to the Guam Memorial Hospital. This resulted in the decrease of Defendant's restitution liability. The Court imposed sentence and admonished the Defendant to comply with all her

<u>probation conditions. The Court stated that if the Defendant is found to be in violation of her probation conditions, the appropriate sentence would be for Defendant to serve a term of imprisonment.</u>

( X )     DEFENDANT SENTENCED TO PROBATION FOR A TERM OF <u>FIVE YEARS.</u>

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. SHE SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS AFTER RELEASE AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. § 3563.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL BE PROHIBITED FROM INCURRING NEW CREDIT CHARGES OR OPENING ADDITIONAL LINES OF CREDIT WITHOUT APPROVAL OF THE U.S. PROBATION OFFICE UNLESS SHE IS IN COMPLIANCE WITH THE PAYMENT SCHEDULE.

7. DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICE ACCESS TO ANY REQUESTED FINANCIAL INFORMATION.

8. DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM APPROVED BY THE U.S. PROBATION OFFICE, AND SHALL ALSO MAKE CO-PAYMENT FOR TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

9. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

10. DEFENDANT IS ORDERED TO IMMEDIATELY PAY RESTITUTION IN THE AMOUNT OF $28,828.22 TO THE VICTIM AS FOLLOWS:

GUAM MEMORIAL HOSPITAL AUTHORITY
ATTN: PETER JOHN CAMACHO
ACTING ADMINISTRATOR
850 GOV. CARLOS CAMACHO ROAD
TAMUNING, GUAM 96911

RESTITUTION SHALL BE REMITTED TO THE CLERK OF COURT, 4TH FLOOR, U.S. COURTHOUSE, 520 WEST SOLEDAD AVENUE, HAGATNA, GUAM 96910, WHICH SHALL BE DISBURSED TO THE VICTIM.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HER APPEAL RIGHTS.