# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>THERESE M. HART,<br><br>        Defendant. | Case No. 1:02-cr-00061<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed on August 10, 2005* on the dates indicated below:

*U.S. Attorney's Office*   *Graham Botha*   *U.S. Probation Office*   *U.S. Marshal Service*
*August 10, 2005*          *August 11, 2005*  *August 10, 2005*     *August 10, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed on August 10, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005                                   /s/ Leilani R. Toves Hernandez
                                                                                  Deputy Clerk