ORIGINAL

HART_T.stpgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00061 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |
| THERESE M. HART, ) | |
| Defendant, ) | |
| MARIACY BEAUTY ACADEMY, ) | |
| Garnishee. ) | |

WHEREAS Defendant, THERESE M. HART, P.O. Box XXXX, Hagåtña, Guam 96932, Social Security Number XXX-XX-3106, has requested that wages paid to the judgment defendant, in the amount of $100.00 per month be made payable to the Clerk, U.S. District of Guam for payment toward her restitution that is due and owing;

//

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, THERESE M. HART, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $100.00 per month, until her restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 1-5-07

THERESE M. HART
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 1-9-07    By:

MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

- 2 -

Case 1:02-cr-00061    Document 32    Filed 01/09/2007    Page 2 of 2