HART_T.stpwrit

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THERESE M. HART, ) <br> ) <br> Defendant, ) <br> ———————————————— ) <br> ) <br> MARIACY BEAUTY ACADEMY, ) <br> ) <br> Garnishee. ) <br> ———————————————— ) | CRIMINAL CASE NO. 02-00061 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, THERESE M. HART's wages in the amount of $100.00 per month;

//
//
//
//
//

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on |
| 2 | wages in the amount of $100.00 per month of THERESE M. HART, Social Security Number |
| 3 | XXX-XX-3106, until further notice. |
| 4 | Checks should be made payable to: |
| 5 | **CLERK, U.S. DISTRICT COURT OF GUAM** |
| 6 | and mailed to: |
| 7 | U.S. District Court of Guam |
| 8 | 4th Floor, U.S. Courthouse<br>520 West Soledad Avenue |
| 9 | Hagåtña, Guam 96910 |
| 10 | with a reference to court number **CR 02-00061** to ensure her account is properly credited. |
| 11 | DATED this 9th day of January, 2007. |

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam