1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  ROSSANNA VILLAGOMEZ-AGUON
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202
6

**FILED**

DISTRICT COURT OF GUAM

MAR 21 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

7

8  # UNITED STATES DISTRICT COURT

9  # FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA )          CRIMINAL CASE NO. 02-00061
                Plaintiff,   )
12                           )          **APPLICATION FOR**
                             )          **RELEASE OF PASSPORT**
13           vs.             )
                             )
14  THERESE MARY HART        )
                Defendant.   )
15  _____ )

16

17     COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned

18  case and requests for the release of the U.S. Passport Number XXXXXXXX to the defendant,

19  Therese Mary Hart. The passport was released to the U.S. Probation Office for transmission to the

20  U.S. Department of State. The defendant is currently serving a five year term of probation.

21

22     Dated this _____ day of March 2007.

23

24

25     _____
       ROSSANNA VILLAGOMEZ-AGUON
26     U.S. Probation Officer

27

28

ORIGINAL