# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00061 |
| Plaintiff, | ) | |
| vs. | ) | |
| THERESE HART, | ) | ORDER |
| Defendant. | ) | |

On February 6, 2007, the Court ordered the passport released to the U.S. Probation Office for transmission to the United States Department of State. Probation now requests to return said passport back to the defendant. The request is hereby **GRANTED.**

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 11, 2007