1  **HART_T.aacg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL:   (671) 472-7332
7  FAX:   (671) 472-7215

8  Attorney's for United States of America

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 02-00061
                                     )
12            Plaintiff,             )
                                     )
13        vs.                        )    **ANNUAL ACCOUNTING**
                                     )    **IN GARNISHMENT**
14  THERESE M. HART,                 )
                                     )
15            Defendant.             )
    _____ )

16  To:   Mariacy Beauty Academy
17        Attn.: Payroll Department
          601 Chalan Machaute, Suite 101
18        Maite, Guam 96910

19        Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the

20  following annual accounting of the monies and property received under the Writ of Continuing

21  Garnishment filed in the above entitled action.

22        Pursuant to the Writ of Continuing Garnishment issued on or about January 9, 2007,

23  $700.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

24        DATED, this 27th day of February, 2008.

25
                                     LEONARDO M. RAPADAS
26                                   United States Attorney
                                     Districts of Guam and the NMI
27
                               By:   /s/ Mikel W. Schwab
28                                   MIKEL W. SCHWAB
                                     Assistant U.S. Attorney
                                     mikel.schwab@usdoj.gov
                                     JESSICA F. CRUZ
                                     Assistant U.S. Attorney



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU

PAYMENTS

For Report Parameters: 2005A75238 , 001 , 1539928

| CDCS NBR | Name | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|
| 2005A75238/001 | Hart, Therese M. | CR-02-00061 | 04 | $100.00 | 03/01/2008 | $25,094.70 |

Collect Type 6B

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Deposit Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | 09/15/2005 | CL | A | 0027087 | | 08017398 | | | 09/19/2005 | $5,100.00 |
| 0004 | PMNT | 08/07/2006 | CL | A | 0029304 | | CASH | | | 08/15/2006 | $300.00 |
| 0006 | PMNT | 04/17/2007 | GC | H | 0031314 | | 5784 | | | 04/23/2007 | $100.00 |
| 0007 | PMNT | 05/22/2007 | GC | H | 0031516 | | 5831 | | | 05/30/2007 | $100.00 |
| 0008 | PMNT | 09/17/2007 | GC | H | 0032883 | | 0143 | | | 09/24/2007 | $100.00 |
| 000011 | PMNT | 10/16/2007 | GC | H | 0033077 | | 6005 | | | 10/22/2007 | $50.00 |
| 000013 | PMNT | 10/31/2007 | GC | H | 0033193 | | 6031 | | | 11/05/2007 | $100.00 |
| 000015 | PMNT | 11/28/2007 | GC | H | 0033368 | | 0202 | | | 12/03/2007 | $100.00 |
| 000017 | PMNT | 01/23/2008 | GC | H | 0033798 | | 0249 | | | 01/28/2008 | $150.00 |
| Total | | | | | | | | | | | $6,100.00 |