**CHAMPACO_M.aacgSvc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00061 |
| Plaintiff, | ) | |
| vs. | ) | |
| THERESE M. HART, | ) | **CERTIFICATE OF SERVICE** |
| Defendant, | ) | |
| MARIACY BEAUTY ACADEMY, | ) | |
| Garnishee. | ) | |

    I hereby certify that on **February 27, 2008**, I electronically filed the **Annual Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and were sent to Defendant and garnishee by mail on **February 28, 2008**.

    DATED this 3rd day of March, 2008.

                                                        LEONARDO M. RAPADAS
                                                         United States Attorney
                                                         Districts of Guam and the NMI

                              By:    /s/ Mikel W. Schwab
                                         MIKEL W. SCHWAB
                                         Assistant U.S. Attorney
                                         mikel.schwab@usdoj.gov
                                         JESSICA F. CRUZ
                                         Assistant U.S. Attorney
                                         Jessica.F.Cruz@usdoj.gov