**HART_T.ter**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00061 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| THERESE M. HART, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| MARIACY BEAUTY ACADEMY, ) | |
| ) | |
| Garnishee. ) | |

On or about January 9, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about September 4, 2008, our office confirmed with the garnishee that Defendant, THERESE M. HART, is no longer employed

//

//

//

//

flu/mp

with them since approximately May 2008. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant THERESE M. HART, with garnishee, Mariacy Beauty Academy.

DATED this 8th day of September, 2008.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and the NMI

By: /s/ Mikel W. Schwab  
MIKEL W. SCHWAB  
Assistant U.S. Attorney  
mikel.schwab@usdoj.gov  
JESSICA F. CRUZ  
Assistant U.S. Attorney  
Jessica.F.Cruz@usdoj.gov